ATTACHMENT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Donald Margolis      Plaintiff, | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:23-cv-1648 <br><br> JUDGE CHARLES E. FLEMING <br><br> REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. 26(f) AND 16.3(b) |
| vs. |  |  |
| City of Amherst, *et al.*      Defendants. |  |  |

1. Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on

    <u>December 12, 2023</u>              , 2023, and was attended by:

    _____ Counsel for plaintiff (s): <u>Subodh Chandra</u>         

    _____ Counsel for plaintiff (s)_____

    _____ Counsel for defendant(s) Gregory Beck    _____

    _____ Counsel for defendant(s) _____

2. The parties:

    _____ have exchanged the pre-discovery disclosures required by Rule 26 (a) (1)

    __X__ will exchange such disclosures by <u>December 21</u>, 2023

    _____ have not been required to make initial disclosures.

1

3. The parties recommend the following track:

_____Expedited    \_\_\_X\_\_Standard    _____Complex

_____Administrative    _____Mass Tort

4. This case is automatically designated as suitable for Electronic Case Filing (ECF). Is there any reason that the designation should change to "not suitable for ECF"? N o . _____

5. Choose one of the following:

    \_\_X\_\_ This case **is** suitable **now** for **ADR** or_____(insert an alternative ADR).

    or,  Mediation with an assigned or other Magistrate Judge.

    _____Case **is not** suitable for ADR at this time.

    or,

    _____Case **is not** suitable for ADR at any time.

6. The parties_____do/X_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C.§ 636 (c).

7. Federal jurisdiction is based upon f e d e r a l  q u e s t i o n  ( 4 2  U . S . C .  §  1 9 8 3 \_\_\_\_

8. Recommended Discovery Plan:

    a) Describe the claims & defenses on which discovery is to be sought and the nature and extent of discovery.

Plaintiff will seek discovery based on the federal and pendent claims, including written discovery tools (interrogatories, document requests, and requests for admissions), and take depositions of Defendants and others identified in discovery.

Defendants will seek discovery based on defenses of qualified immunity and other immunity barring claims.

    b) Non-Expert discovery deadline: June 28, 2024

  c) If applicable, set forth the issues that will be addressed by experts and provide proposed deadlines: <u>Although it is too early to be certain, Plaintiff may introduce an expert about the propriety of police conduct in the case. The parties request that the Court permit any expert discovery on damages to be deferred until after dispositive-motion practice.</u>

_____

_____

_____

  Expert report for the party with the burden of proof deadline: (Liability only) <u>August 2, 2024</u> Rebuttal expert report deadline: (Liability only.) <u>September 4, 2024</u>

  Expert discovery cut-off deadline: (Liability only.) <u>October 4, 2024</u>

9. The pleadings shall be amended **without** leave of Court on or before: <u>March 29.</u> 2024.

10. Recommended dispositive motion date: <u>November 1, 2024</u>.

11. Recommended date for a Status Conference <u>July 1, 2023</u> or Settlement Conference <u>Same</u>.

12. Other matters for the attention of the Court: <u>If early mediation fails, the parties will confer fails to develop an ESI protocol alternative to Appendix K and will reach out to the Court if they are unable to agree.</u>

_____

_____

_____

_____

  Attorney for Plaintiff (s): _/s/ Subodh Chandra_____

  Attorney for Plaintiff (s)_____

  Attorney for Plaintiff (s)_____

          _/s/ Gregory Beck_
  Attorney for Defendant(s)_____

3

          Attorney for Defendant(s)_____

          Attorney for Defendant(s)_____

Revised 4/12/22