# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| Donald Margolis, | DATE: February 15, 2024 |
| Plaintiff, | CASE NO. 1:23cv1648 |
| vs. | JUDGE CHARLES ESQUE FLEMING |
| City of Amherst, Ohio, *et. al.,* | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendants. | ECRO: A. Faluski |

| Plaintiff/Representative | Plaintiff's Counsel: |
|---|---|
| Donald Margolis | Subodh Chandra |
| | Emily Bohatch (intern) |

| Defendants' Representatives | Defendants' Counsel: |
|---|---|
| Chief Mark Cawthron | Gregory A. Beck |
| Brian Griffin | |
| Mark Bassily (adjuster) | |

PROCEEDINGS: An in-person Mediation Conference was conducted on February 15, 2024, with the above participants. The parties were able to reach an agreement. The parties shall file a notice of dismissal with prejudice by close of business (5:00 p.m.) on April 26, 2024. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

　　4 hours
Total Time

　　　　　　　　　　　　　　　　　　　　*s/ Jonathan D. Greenberg*
　　　　　　　　　　　　　　　　　　　　Jonathan D. Greenberg
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge