IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Donald Margolis**<br><br>　　　　　Plaintiff,<br>v.<br><br>**City of Amherst, *et al.***<br><br>　　　　　Defendants. | Case No. 1:23-cv-01648<br><br>Judge Charles Esque Fleming<br><br>Magistrate Judge Jonathan Greenberg |
| **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISMISS, PENDING SETTLEMENT COMPLETION** | |

　　Plaintiff Donald Margolis respectfully requests a 45-day extension from the current April 26, 2024 deadline to dismiss this matter. Settlement funds have neither been received nor cleared, the condition agreed before dismissal. Defense counsel informed Mr. Margolis's counsel just this week that they just finally received the release from the Medicare program. Accordingly, defense counsel has just initiated check processing, but is uncertain how long that will take.

　　Based on the above status, defense counsel consents to this motion.

Dated: April 25, 2024　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Subodh Chandra*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Subodh Chandra (0069233)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Donald P. Screen (0044070)
　　　　　　　　　　　　　　　　　　　　　　　　　　　THE CHANDRA LAW FIRM LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Chandra Law Building
　　　　　　　　　　　　　　　　　　　　　　　　　　　1265 West 6th Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44113
　　　　　　　　　　　　　　　　　　　　　　　　　　　216.578.1700 (p) / 216.578.1800 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Subodh.Chandra@ChandraLaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Donald.Screen@ChandraLaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Donald Margolis*